UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE CO., INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRIS FITZSIMONS, et al.,<br><br>        Defendants. | Case No.  22-cv-03875-TLT<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 12 |

On November 28, 2022, the Court issued an Order directing the parties to file a joint case management statement by Tuesday, November 29, 2022, at noon. *See* Order, ECF No. 12. To date, no case management statement has been filed. Because it is unclear whether the defendants have been served and have thus not appeared in this action, the plaintiff is **ORDERED TO SHOW CAUSE** why sanctions of $250.00 should not be imposed for failing to comply with the Court's Order. The plaintiff shall file a response to this Order to Show Cause by December 14, 2022. If the plaintiff fails to comply with this deadline, the Court shall impose monetary sanctions.

It is further **ORDERED** that the plaintiff must file proof of service of the summons and complaint or of waiver of service with the Clerk of Court no later than December 14, 2022. Unless the Court orders otherwise, on December 15, 2022, the Clerk of Court shall terminate without further notice any defendant in this action that has not been served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Court **CONTINUES** the case management conference set for December 1, 2022, to March 2, 2023, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 30, 2022

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California