UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRIS FITZSIMONS, et al., <br><br> Defendants. | Case No.  22-cv-03875-TLT <br><br> **ORDER OF DISMISSAL** |

On November 30, 2022, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* ECF No 14; *see also* ECF Nos. 15-16.  The filing of a dismissal under Rule 41(a)(1) "automatically terminates the action, and thus federal jurisdiction, without judicial involvement."  *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1076 (9th Cir. 1999).  As a result, the Court terminated the case on December 2, 2022, without prejudice.

**IT IS SO ORDERED.**

Dated: February 6, 2023

TRINA L. THOMPSON
United States District Judge